UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT ALDERSON,**                                                                 **PLAINTIFF**
**ADC #109962**

**V.**            **CASE NO.  5:15CV00257 BSM/JTR**

**WENDY KELLEY,**
**Director of the ADC; and**
**JAMES GIBSON,**
**Warden of the Delta Regional Unit**                                        **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects

IT IS THEREFORE ORDERED that the defendants' motion for judgment on the pleadings [Doc. No. 10] is denied.

IT IS SO ORDERED this 11th day of December 2015.

_____
UNITED STATES DISTRICT COURT