**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ROBERT ALDERSON,**                                                                                         **PLAINTIFF**
**ADC #109962**

v.                                    CASE NO.  5:15CV00257 BSM

**WENDY KELLEY,**
**Director of the ADC; and**
**JAMES GIBSON,**
**Warden of the Delta Regional Unit**                                                              **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 33] and objections filed by plaintiff Robert Alderson [Doc. No. 34] have been reviewed.  After reviewing the record, the RD is adopted.

Accordingly, Alderson's motion to amend his complaint [Doc. No. 29] and motion to amend his case [Doc. No. 30] are denied and defendants' motion to dismiss for lack of subject matter jurisdiction [Doc. No. 25] is granted.  Consequently, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE