IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT ALDERSON,**                                                                                      **PLAINTIFF**
**ADC #109962**

**v.**                              **CASE NO.  5:15CV00257 BSM**

**WENDY KELLEY,**
**Director of the ADC; and**
**JAMES GIBSON,**
**Warden of the Delta Regional Unit**                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

DATED this 6th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE